UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CR-32-D-KS-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| ALARIC JERMAINE CLARK | |

On motion of the Defendant, Alaric Jermaine Clark, and for good cause shown, it is hereby ORDERED that DE 36 be sealed until further notice by this Court.

SO ORDERED, this 18 day of February, 2026.

JAMES C. DEVER III
United States District Judge