UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CR-32-D-KS-1

UNITED STATES OF AMERICA

v.                                                          ORDER TO SEAL

ALARIC JERMAINE CLARK

On motion of the Defendant, Alaric Jermaine Clark, and for good cause shown, it is

hereby ORDERED that DE 41 be sealed until further notice by this Court.

SO ORDERED, this __17__ day of April 2026.

_____

JAMES C. DEVER III
United States District Judge