UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CR-32-D-KS-1

UNITED STATES OF AMERICA

    v.

ALARIC JERMAINE CLARK

ORDER TO SEAL

On motion of the Defendant, Alaric Jermaine Clark, and for good cause shown, it is

hereby ORDERED that **DE 46** be sealed until further notice by this Court.

SO ORDERED, this **29** day of April, 2026.

_____
JAMES C. DEVER III
United States District Judge